Sam SMALLS, Jr., Respondent v. David S. WEED as Rehabilitator for the Cherokee Insurance Company, Petitioner.

(356 S. E. (2d) 843)

Supreme Court

June 11, 1987.

## ORDER

Petitioner seeks a writ of certiorari to review the decision of the Court of Appeals in *Smalls v. Weed*, 291 S. C. 258, 353 S. E. (2d) 154 (Ct. App. 1987). He argues that S. C. Code Ann. §§ 38-5-1810 through -2500 (1985) deprived the trial court of subject matter jurisdiction. The Court of Appeals did not address this issue in its opinion.

IT IS ORDERED that this case is remanded to the Court of Appeals for consideration of this issue.